# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of -- )
)
Rizzani de Eccher (USA), Inc. ) ASBCA No. 60730-971
)
Under Contract No. W912ER-10-C-0026 )

APPEARANCES FOR THE PETITIONER: Jeffrey G. Gilmore, Esq.
Ildefonso P. Mas, Esq.
John M. Neary, Esq.
  Akerman LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Pietro Mistretta, Esq.
James D. Stephens, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER PURSUANT TO BOARD RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a 18 March 2016 claim for $19,947,882.08 no later than 30 September 2016. The government has confirmed that a final decision on the claim will be issued by 30 September 2016. We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by 30 September 2016.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or

sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5) and 7104.

Dated: 9 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 60730-971, Petition of Rizzani de Eccher (USA), Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals